CHARLES SISSON, Respondent, *v.* LAWRENCE BARNUM, Appellant, Impleaded with Others.

*Sisson* v. *Barnum*, 157 App. Div. 149, affirmed.
(Argued March 27, 1917; decided April 17, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 21, 1913, modifying and affirming as modified a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to recover possession of certain shares of stock deposited as collateral.

No appearance for appellant.

*A. E. Fitch* for respondent.

Judgment affirmed, with costs, by default on argument.
Concur: HISCOCK, Ch. J., CHASE, HOGAN, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.